# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - MOTION HEARING

Phoenix Division

DATE: 8/30/2012

**CV 12-616-PHX-FJM**

Title: Arizona Pharmacy LLC    vs.   Cardinal Health 110 Incorporated et al.
   Plaintiff                              Defendants

**CV 12-619-PHX-FJM**

Title: Desert Sky Pharmacy LLC    vs.   Cardinal Health 110 Incorporated et al.
   Plaintiff                              Defendants

---

HON: FREDERICK J. MARTONE

Deputy Clerk : Julie Martinez        Court Reporter: Linda Schroeder

Rick K. Carter                       Joseph E. Ezzie
Matthew A. Klopp                     Sean P. Healy
                                     Josh Stine (In-House Counsel for Defendants)
Attorney(s) for Plaintiff(s)         Attorney(s) for Defendant(s)

**PROCEEDINGS:**   X  Open Court    __Chambers    ____Other

1:32 p.m. This is the time set for Hearing re: Plaintiff's Application for Preliminary Injunction (doc. 15 in CV12-616 & doc. 17 in CV12-619).  Counsel are present as stated above.  Also present: Michael A. Johns for the Government in CV12-616.  Matters discussed.  Counsel present opening statements.
**Plaintiff's case:** Ed Hunter is sworn and examined.  2:53 p.m. Recess.  3:06 p.m. Court reconvenes. Witness is excused.  Tai Pham is sworn and examined.  Witness is excused.  Grace Jones is sworn and examined.  Witness is excused.  Counsel present argument.  Exhibits 1-10 are admitted into evidence.

As set forth more fully on the record, IT IS ORDERED denying Plaintiffs' Application for Preliminary Injunction (doc. 15 in CV12-616 & doc. 17 in CV12-619).  IT IS ORDERED denying Plaintiffs' Application for Order to Show Case re: Contempt and Motion to Compel Testimony (doc. 30 in CV12-616 & doc. 33 in CV619).  IT IS ORDERED granting the Government's Cross-Motion to Quash (doc. 34 in CV12-616 & doc. 37 in CV12-619).  IT IS ORDERED denying the Defendants' Motion to Strike (doc. 38 in CV 12-616 & doc. 41 in CV12-619).

5:19 p.m.  Court adjourns.